**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

WILLIAM BROWN,                                                                                                    PLAINTIFF
ADC #136599

v.                                          No. 2:11CV00110 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction; *et al.*                                                        DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Brown's claim for monetary damages from Defendants in their official capacities is DISMISSED because the doctrine of sovereign immunity protects the Defendants against such relief.

2. Brown fails to state a claim against Defendants Hobbs and Does and they are DISMISSED as defendants in this action.

DATED this 3rd day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE