**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

WILLIAM BROWN,
ADC #136599                                                                                    PLAINTIFF

v.                                          2:11-cv-00110-JLH-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al.*                                                  DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to Chief United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## **DISPOSITION**

**I.  ANALYSIS**

On June 20, 2011, Mr. Brown filed a *pro se* Complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights, and an Application to Proceed Without Prepayment of Fees and Affidavit (Application). (Doc. No. 1.) On June 27, 2011, Plaintiff's Application was granted (Doc. No. 3) and he was informed of his duty to comply with Local Rule of the Court 5.5(c)(2)[1]. (Doc. No. 3 at 2-3.)

Thereafter, on December 9, 2011, this Court submitted a Partial Report and Recommendations to Judge Holmes, recommending the dismissal of Mr. Brown's claims for monetary damages against Defendants in their official capacities and of Defendants Hobbs and

---

[1]Local Rule of the Court 5.5(c)(2), states:

>It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Loc. R. 5.5(c)(2).

Does. (Doc. No. 7.)  A copy of the Proposed Findings was mailed to Mr. Brown on that day.  (Doc. No. 8.)  On December 30, 2011, the Proposed Findings were returned as undeliverable.  (Doc. No. 11.)  By Order dated January 3, 2012, Judge Holmes adopted the Partial Report and Recommendations (Doc. No. 12) and the Clerk of the Court mailed a copy to Mr. Brown.  (Doc. No. 13.)  However, on January 17, 2012, this mailing was also returned as undeliverable.  (Doc. No. 14.)

Local Rule 5.5(c)(2) requires a *pro se* plaintiff to "promptly" notify the Clerk of any change in his or her address.  *Pro se* litigants are required to follow the same rules of procedure, including the local court rules, that govern other litigants.  *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); *Jarzynka v. St. Thomas Univ. of Law*, 310 F. Supp. 2d 1256, 1264 (S.D. Fla. 2004).  Mr. Brown has failed to comply with the Local Rules of the Court and it is recommended that his Complaint (Doc. No. 1) be DISMISSED without prejudice.

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. Plaintiff's Complaint (Doc. No. 2) should be DISMISSED without prejudice.

2. The Court should certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and an accompanying Judgment would not be taken in good faith.

DATED this 24th day of April, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE