## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

JUAN A. GARCIA                                                              PETITIONER
Reg # 16710-074

v.                                    No. 2:10CV00170-JLH-JTK

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                                RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.   After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.   Judgment shall be entered accordingly.

SO ORDERED this 18th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE