# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

WILLIAM BROWN,                                                                                           PLAINTIFF
ADC #136599

v.                                    No. 2:11CV00110 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction; *et al.*                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 18th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE