**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM BROWN, ADC #136599 | PLAINTIFF |
| v. No. 2:11CV00110 JLH-JJV | |
| RAY HOBBS, Director, Arkansas Department of Correction; *et al.* | DEFENDANTS |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 18th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE